# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 330 WAL 2014
:
Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
v. :
:
:
:
WILLIAM JOSEPH WHITEHEAD, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.